# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40029
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MONTHGOMERY SALVADOR MAYORGA-CASTILLO, also known as
Salvador Lubian Castillo-Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:16-CR-609-1

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Monthgomery Salvador Mayorga-Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mayorga-Castillo has been informed of the motion and has not filed a response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40029

We have reviewed counsel's brief and the relevant portions of the record reflected therein, and determine that "counsel has diligently investigated the possible grounds for appeal." *Anders*, 386 U.S. at 742. We agree with counsel's assessment that Mayorga-Castillo can raise no nonfrivolous issue on appeal challenging either his guilty plea or his sentence. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.